QUIN DENVIR, Bar #49374
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER BADORINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER BADORINE, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:04-CR-5333 AWI <br><br> STIPULATION TO CONTINUE MOTIONS HEARING, AND ORDER THEREON <br><br> Date:  June 27, 2005 <br> Time:  9:00 a.m. <br> Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the motions hearing in the above-entitled matter now set for June 13, 2005, may be continued to **June 27, 2005, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd. (8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

///

|   |   |   |   |
|---|---|---|---|
| | | | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: June 9, 2005 | | By: | /s/ Jonathan B. Conklin for<br>  David L. Gappa<br>DAVID L. GAPPA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| | | | QUIN DENVIR<br>Federal Defender |
| DATED: June 9, 2005 | | By: | /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>Christopher Badorine |

## ORDER

Time is excluded pursuant to 18 U.S.C. § 3161, subd. (8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   June 10, 2005**               /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE