```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  MARC C. AMENT, Bar #59080
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  CHRISTOPHER BADORINE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>CHRISTOPHER BADORINE,<br><br>　　　　*Defendant.* | NO. 1:04-CR-5333 AWI<br><br>STIPULATION TO CONTINUE MOTIONS HEARING, AND ORDER THEREON<br><br>Date:　November 7, 2005<br>Time:　9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the motions hearing in the above-entitled matter now set for October 17, 2005, may be continued to **November 7, 2005, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

|   |   |   |
|---|---|---|
|   |   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: October 13, 2005 | By: | /s/  David L. Gappa<br>DAVID L. GAPPA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   |   | QUIN DENVIR<br>Federal Defender |
| DATED: October 13, 2005 | By: | /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>Christopher Badorine |

**ORDER**

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:    October 13, 2005**             /s/ **Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order                                2