DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER BADORINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:04-CR-5333 AWI |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS HEARING, AND ORDER THEREON |
| v. | Date: March 20, 2006 |
| CHRISTOPHER BADORINE, | Time: 9:00 a.m. |
| Defendant. | Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the motions hearing in the above-entitled matter now set for February 21, 2006, may be continued to **March 20, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

```
                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: February 16, 2006        By:     /s/   David L. Gappa
                                        DAVID L. GAPPA
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff



                                        DANIEL J. BRODERICK
                                        Acting Federal Defender


DATED: February 16, 2006        By:     /s/ Marc C. Ament
                                        MARC C. AMENT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Christopher Badorine
```

## ORDER

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   February 17, 2006**           /s/ **Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE