1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CHRISTOPHER BADORINE

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )   NO. 1:04-CR-5333 AWI
                                         )
12         Plaintiff,                    )   STIPULATION TO CONTINUE MOTIONS
                                         )   HEARING, AND ORDER THEREON
13     v.                                )
                                         )   Date:  April 17, 2006
14 CHRISTOPHER BADORINE,                 )   Time:  9:00 a.m.
                                         )   Judge: Honorable Anthony W. Ishii
15         Defendant.                    )
                                         )
16 _____ )

17

18                              **STIPULATION**

19     It is hereby stipulated by and between the parties hereto that the motions hearing in the above-

20 entitled matter now set for March 20, 2006, may be continued to **April 17, 2006, at 9:00 a.m.**

21     The reason for this continuance is to allow counsel additional time for defense preparation and case

22 settlement negotiations.

23     The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and

24 (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

25 defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the

26 defendant the reasonable time necessary for effective preparation, taking into account the exercise of due

27 diligence.

28 ///

```
                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: March 15, 2006         By:       /s/   David L. Gappa
                                        DAVID L. GAPPA
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff



                                        DANIEL J. BRODERICK
                                        Acting Federal Defender


DATED: March 15, 2006         By:       /s/ Marc C. Ament
                                        MARC C. AMENT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Christopher Badorine
```

## ORDER

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:     March 17, 2006**              /s/ **Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order - Badorine         2