DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER BADORINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:04-CR-05333 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING, AND ORDER |
| v. ) | THEREON |
| ) | |
| CHRISTOPHER BADORINE, ) | Date: June 26, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Honorable Anthony W. Ishii |
| ) | |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above- entitled matter now set for May 22, 2006, may be continued to **June 26, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///

///

///

///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

4                                                                  McGREGOR W. SCOTT
                                                                    United States Attorney
5

6  DATED: May 18, 2006                      By:    /s/   David L. Gappa
                                                    DAVID L. GAPPA
7                                                   Assistant U.S. Attorney
                                                    Attorney for Plaintiff
8

9
                                                    DANIEL J. BRODERICK
10                                                  Acting Federal Defender

11
   DATED: May 16, 2006                      By:    /s/ Marc C. Ament
12                                                  MARC C. AMENT
                                                    Assistant Federal Defender
13                                                  Attorney for Defendant
                                                    Christopher Badorine
14

15

16                                          **ORDER**

17      Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).  For the reasons stated
18  above, the court finds that the ends of justice served by the delay outweigh the best interest of the public
19  and the defendants in a speedy trial.

20

21  IT IS SO ORDERED.

22  **Dated:   May 19, 2006**                      /s/ **Anthony W. Ishii**
    0m8i78                                         UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Stipulation and Proposed Order - Badorine            2