```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER BADORINE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:04-CR-05333 AWI |
| *Plaintiff*, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | |
| CHRISTOPHER BADORINE, | Date:  August 14, 2006 |
| *Defendant*. | Time:  9:00 a.m. |
| | Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above- entitled matter now set for June 26, 2006, may be continued to **August 14, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///

///

///

///

defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                                        McGREGOR W. SCOTT
                                                        United States Attorney

DATED: June 22, 2006                     By:   /s/   David L. Gappa
                                                                    DAVID L. GAPPA
                                                                    Assistant U.S. Attorney
                                                                    Attorney for Plaintiff

                                                                    DANIEL J. BRODERICK
                                                                    Federal Defender

DATED: June 22, 2006                     By:   /s/ Marc C. Ament
                                                                    MARC C. AMENT
                                                                    Assistant Federal Defender
                                                                    Attorney for Defendant
                                                                    Christopher Badorine

## ORDER

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:     June 23, 2006**                          /s/ **Anthony W. Ishii**
0m8i78                                                        UNITED STATES DISTRICT JUDGE