DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER L. BADORINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>CHRISTOPHER L. BADORINE,<br><br>    *Defendant.* | No. 1:04-cr-0533 AWI<br><br>STIPULATION AND ORDER TO ADVANCE SUPERVISED RELEASE HEARING<br><br>DATE:  September 19, 2011<br>TIME:  9:00 A.M.<br>JUDGE: Anthony W. Ishii |

    **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for September 26, 2011, **may be advanced to September 19, 2011 at 9:00 A.M.**

    This advancement of the court date is at the request of defense counsel.  Defense counsel anticipates the Probation Dispositional Memorandum to recommend a low end of the guideline 3 month sentence at the time of sentencing on this supervised release violation. Defense counsel, after recalculating Mr. Badorine's time in custody, concludes that the three month sentence will be satisfied by the September 19, 2011 date and so requests the advancement.

///

///

///

///

BENJAMIN B. WAGNER
United States Attorney

DATED: July 8, 2011       By:   /s/ Brian Enos
                                BRIAN ENOS
                                Assistant United States Attorney
                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: July 8, 2011       By:   /s/ Charles J. Lee
                                CHARLES J. LEE
                                Assistant Federal Defender
                                Attorney for Defendant
                                CHRISTOPHER L. BADORINE

**O R D E R**

IT IS SO ORDERED.

Dated:   July 8, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Advance Status Conference                2