DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER L. BADORINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:04-cr-05333 AWI |
| Plaintiff, | STIPULATION AND ORDER TO ADVANCE SUPERVISED RELEASE SENTENCING HEARING |
| v. | |
| CHRISTOPHER L. BADORINE, | DATE: September 12, 2011 |
| Defendant. | TIME: 9:00 A.M.<br>JUDGE: Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the supervised release sentencing hearing in the above-captioned matter now set for September 19, 2011, **may be advanced to September 12, 2011 at 9:00 A.M.**

This advancement of the court date is at the request of defense counsel. It is defense counsel's understanding court will not be session on September 19, 2011. Defense anticipates the Probation Dispositional Memorandum to recommend a low end of the guideline 3 month sentence at the time of sentencing on this supervised release violation. Defense counsel calculates Mr. Badorine's custody time will be satisfied by September 19, 2011, so requests the advancement of the court date.

///

///

///

Defense has contacted both the prosecutor and the probation officer and both are agreeable with the new proposed date.

                                Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

DATED: August 22, 2011          By:    /s/ Brian Enos
                                            BRIAN ENOS
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                DANIEL J. BRODERICK
                                Federal Defender

DATED: August 22, 2011          By:    /s/ Charles J. Lee
                                            CHARLES J. LEE
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            CHRISTOPHER L. BADORINE

## **O R D E R**

IT IS SO ORDERED.

Dated:   August 22, 2011

                                            CHIEF UNITED STATES DISTRICT JUDGE