# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Christopher L. Badorine            **Docket Number:**   1:04CR05333-01 AWI

**Name of Judicial Officer**:   Senior United States District Court Judge Anthony W. Ishii

**Date of Original Sentence:**   12/18/2006

**Original Offense:** 18 U.S.C. § 2252(a)(4)(B),  Possession of Material Involving the Sexual Exploitation of Minors (CLASS C FELONY)

**Original Sentence:** 60 months custody Bureau of Prisons; 138 months supervised release; $100 special assessment

**Special Conditions:** 1) Search; 2) Mental health treatment; 3) Aftercare co-payment; 4) No on-line computer access; 5) No contact with minors; 6) Computer restrictions; 7) Pornography restrictions; 8) Phone record disclosure; 9) Notice to employer of computer restrictions; and 10) Sex offender treatment

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   2/3/2011

**Other Court Actions:**

**06/20/2011**:          Probation 12C, *Petition for Warrant*, filed alleging Charge 1: Unauthorized Internet Access.

**09/12/2011**:          Supervised Release revoked.   3 months custody Bureau of Prisons; 135 months supervised release.

          **Special Conditions**:   1) Search; 2) Mental health treatment; 3) Aftercare co-payment; 4) No on-line computer access; 5) No contact with minors; 6) Computer restrictions; 7) Pornography restrictions; 8) Phone record disclosure; 9) Notice to employer of computer restrictions; 10) Sex offender treatment; 11) Pre-approval of residence; and 12) Sex offender registration.

**09/19/2011**:          Supervised release re-commenced.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall submit to the search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement or probation officer in the lawful discharge of the officer's supervision functions with reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall not possess or use a computer or any device that has access to any "on-line computer service" unless approved by the probation officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network except for educational purposes only. The defendant is restricted to computer Internet access only at Fresno City College computer lab room. Computer Internet access is prohibited at any other location and time, unless previously approved by the United States Probation Office.

**Justification:** The supervisee was sentenced on the instant conviction on December 18, 2006, and subsequently released from the Bureau of Prisons on February 3, 2011. At sentencing, Your Honor ordered the general search condition. By virtue of the supervisee's conviction, he is required to register as a sex offender pursuant to California Penal Code (PC) Section 290. For offenders convicted of a sex offense after July 27, 2006, the search condition is imposed broadening the search to include "*papers, computers, other electronic communications or data storage of devices or media.*" Further, it allows the search to be conducted by "*any law enforcement or probation officer in the lawful discharge of the officer's supervised release.*" By imposing the proposed special condition, the Court will be uniform with the new search condition imposed on recent federal offenders sentenced for sex offenses. In addition, the Court will be in accordance with the offender's current treatment contract.

The supervisee is enrolled part-time at Fresno City College for the Fall 2014 semester. Because instructor communication, homework assignments, and other campus correspondence requires on-line Internet access, the undersigned officer recommends that the Court authorize the supervisee to have Internet access. Internet access is restricted only to the Fresno City College computer lab, to wit: Library Room 118. The undersigned officer has confirmed with the library staff that the computers are visually monitored and supervised for inappropriate use. At the request of the probation officer, staff can monitor the assigned computer and inspect the work that is, or has been, completed. It can also confirm whether other sites (not pertaining to education) were accessed.

The proposed modifications have been reviewed and discussed with the supervisee. No objections to the proposed modifications were offered and the supervisee signed the *Waiver of Hearing to Modify Special Conditions of Supervised Release,* which is on file.

|  |  | Respectfully submitted, |
|---|---|---|
|  |  | /s/ Jose T. Pulido |
|  |  | **JOSE T. PULIDO**<br>**Senior United States Probation Officer**<br>Telephone: 559-499-5725 |
| **DATED:** | 8/20/2014 |  |
|  |  | Reviewed by, |
|  |  | /s/ Tim D. Mechem |
|  |  | **TIM D. MECHEM**<br>**Supervising United States Probation Officer** |

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

IT IS SO ORDERED.

Dated:   August 22, 2014　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE